IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00027-BNB

THOMAS WARREN RAY,

    Plaintiff,

v.

LOU VALLARIO, Garfield County Jail,

    Defendant.

ORDER OF DISMISSAL

Plaintiff, Thomas Warren Ray, is in the custody of the Colorado Department of Corrections and is presently detained at the Colorado Mental Heal Institute in Pueblo, Colorado. Mr. Ray initiated this action by filing *pro se* a Prisoner Complaint and a non-prisoner Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

In a January 18, 2012 Order, Magistrate Judge Boyd N. Boland directed Mr. Ray to cure a deficiencies in this case within thirty days. Specifically, Mr. Ray was ordered to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form, and to submit a certified copy of his prisoner's trust fund account statement showing the balance in his account for the six months preceding his filing. Mr. Ray was further advised that he could elect to pay the $350.00 filing fee, in the alternative. The Order dated January 18, 2012, warned Mr. Ray that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Ray submitted a copy of his trust fund account statement to the Court on

February 1, 2012.  However, the account statement was not certified by an appropriate official at Mr. Ray's institution.  Accordingly, the Court issued a Minute Order on February 2, 2012 granting Mr. Ray an additional thirty (30) days to submit a current <u>certified</u> inmate account statement and a § 1915 Motion on the court-approved form.

      Mr. Ray has not submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form or a certified copy of his inmate account statement for the six months preceding his filing.  He has also failed to pay the $350.00 filing fee.  Therefore, Mr. Ray has failed to cure the designated deficiencies within the time allowed.  Accordingly, it is

      ORDERED that the action be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Thomas Warren Ray, to comply with the order to cure dated January 18, 2012.

      DATED at Denver, Colorado, this  13th  day of    March   , 2012.

                              BY THE COURT:

                              s/Lewis T. Babcock  
                              LEWIS T. BABCOCK, Senior Judge  
                              United States District Court